UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00041

**Michelle Orr,**
*Plaintiff,*
v.
**Commissioner,**
**Social Security Administration,**
*Defendant.*

Before BARKER, *District Judge*

## ORDER

On January 27, 2020, plaintiff filed this action pursuant to 42 U.S.C. § 405(g) for judicial review of defendant's decision denying her application for disability insurance benefits. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636.

Judge Mitchell ordered plaintiff to show cause why the lawsuit should not be dismissed for failure to timely serve defendant. Doc. 7. Plaintiff did not file a response. On May 8, 2020, Judge Mitchell issued a report and recommendation that the complaint be dismissed without prejudice for failure to prosecute. Doc. 8. Plaintiff did not file objections.

When no party objects to a magistrate judge's report and recommendation within 14 days of service, the court "need only satisfy itself that there is no clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc). Here, there is no clear error. Accordingly, the magistrate judge's report and recommendation is **adopted**. This action is **dismissed without prejudice** for failure to prosecute. Fed. R. Civ. P. 41(b).

*So ordered by the court on June 23, 2020.*

J. CAMPBELL BARKER
United States District Judge